**Milton F. NITSCH and Verna Lee Nitsch, Plaintiffs/Respondents,**

v.

**ASHLAND LAND DEVELOPMENT CORPORATION, et al., Defendant/Appellant.**

No. 69305.

Missouri Court of Appeals, Eastern District.

Nov. 19, 1996.

David G. Beeson, Mary Eftink Boner, Buerkle, Beeson, Ludwig, Wilson & Jackson, Jackson, for defendant/appellant.

Albert C. Lowes, Lowes & Drusch, Cape Girardeau, for plaintiffs/respondents.

Before AHRENS, C.J., and DOWD and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

This is a dispute over the ownership of a 1.189 acre parcel of land located in Jackson, Missouri. Plaintiffs, Milton and Verna Nitsch, sought an order vesting them with title by adverse possession to a tract of land which runs along a creek on the eastern border of the Nitsches' land. The Nitsches further sought a judgment for trespass against defendant, Ashland Land Development. The trial court found that the Nitsches acquired the property through adverse possession and rendered judgment in favor of the Nitsches. Ashland appeals.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).